

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00060-CR

John **DONOHUE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3514
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The State's brief was originally due June 12, 2014; however, the court granted appellant an extension of time to file the brief until July 14, 2014. The State has filed a motion requesting an additional thirty days to file its brief.

We grant the motion and order the State to file its brief by August 13, 2014. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court